

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12.12.07

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd Floor
New York, New York 10007

**MEMO ENDORSED**

December 11, 2007

R E C E I V E D
DEC 12 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

**BY HAND**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007

    Re:    *Hadden v. Mukasey*, 07 Civ. 7909 (PKC)

Dear Judge Castel:

    I write respectfully to request a one-month extension of the Government's time to answer the complaint in the above-referenced matter, from December 13, 2007, to January 14, 2007.[1] In this habeas petition brought pursuant to 28 U.S.C. § 2241, the petitioner alleges that he was denied due process during a disciplinary proceeding in which he was found to have engaged in a fight with another inmate. This Office received the agency file from the Bureau of Prisons on December 7, and we request the additional time in order to review the file so that we may respond to the allegations in the complaint. The Government anticipates filing a motion to dismiss the petition.

    This is the Government's second request for an extension of time to respond to the complaint. The Court previously granted the Government a one-month extension to respond to the complaint. The Government has not sought the consent of the petitioner, who is incarcerated and representing himself *pro se*.

*[Handwritten endorsement: Application granted. SO ORDERED. /s/ P. Kevin Castel USDJ 12-12-07]*

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Attorney General Michael B. Mukasey has been substituted for former Attorney General Alberto Gonzales.

Thank you for your consideration of this request.

>Respectfully,
>
>MICHAEL J. GARCIA
>United States Attorney

By: _____
JOHN D. CLOPPER
Assistant United States Attorney
Telephone: (212) 637-2716
Facsimile: (212) 637-0033

cc: BY MAIL
Mervin R. Hadden
00897-055
FMC-Devens
PO Box 879
Devens, MA 01434

*Petitioner pro se*

2