USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MERVIN ROBERT HADDEN,

                Petitioner,             07 Civ. 7909(PKC)

    -against-

                                    ORDER

MICHAEL B. MUKASEY,
                Respondents.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        This is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. I have respondent's "Return" filed on January 14, 2008. Petitioner may reply provided he does so no later than March 28, 2008.

        SO ORDERED.

                                                 P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
           March 5, 2008