**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MELVIN ROBERT HADDEN,

                Petitioner,              07 **CIVIL** 7909 (PKC)

   -against-                                 **JUDGMENT**

MICHAEL B. MUKASEY, et al.,
                Respondents.
-----------------------------------------------------------X

A petition for habeas corpus pursuant to 28 U.S.C. § 2241 having been submitted to the Honorable P. Kevin Castel, United States District Judge, and the Court, on June 3, 2008, having rendered its Memorandum and Order denying the petition for a writ of habeas corpus, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 3, 2008, the petition for a writ of habeas corpus is denied; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Memorandum and Order dated June 3, 2008 would not be taken in good faith.

DATED: New York, New York
             June 12, 2008

                                        **J. MICHAEL McMAHON**
                                             Clerk of Court
                    BY:

                                                **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____