UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **20**

*Hadden*
-v-
*Gonzalez*

U.S.C.A. # _____

U.S.D.C. # **07-cv-7909**

JUDGE: **PKC**

DATE: JULY 21, 2008

*[Stamp: U.S. DISTRICT COURT FILED JUL 2 1 2008 S.D. OF N.Y.]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ----------

DOCUMENT DESCRIPTION                                     DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                    (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 21ST Day of July, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Hadden
-v-
Gonzalez

U.S.C.A. # _____

U.S.D.C. # 07-W-7909

JUDGE: PKC

DATE: JULY 21, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __19__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 21ST Day of July In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:07-cv-07909-PKC
# Internal Use Only

Hadden v. Gonzalez  
Assigned to: Judge P. Kevin Castel  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 09/07/2007  
Date Terminated: 06/12/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2007 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. Document filed by Mervin Robert Hadden.(laq) (Entered: 09/12/2007) |
| 09/07/2007 |  | Magistrate Judge Andrew J. Peck is so designated. (laq) (Entered: 09/12/2007) |
| 09/14/2007 | 2 | ORDER the Clerk of Court shall serve a copy of this Order and Petition, by first-class mail, upon the United States Attorney for the Southern District of New York, and shall also send a copy of this Order, by first-class mail, upon Mervon Robert Hadden. Respondent shall file an answer or motion and a notice of appearance herein within sixty (60) days from the date of this Order. (Signed by Judge P. Kevin Castel on 9/14/2007) (tve) (Entered: 09/17/2007) |
| 10/03/2007 | 3 | PRO SE MEMORANDUM dated 10/5/07 re: CHANGE OF ADDRESS for Mervin Robert Hadden. New Address: 00897-055, Federal Medical Ctr-Devens, PO Box 879, Ayers, MA, 01432. (tro) (Entered: 10/10/2007) |
| 10/30/2007 | 4 | PRO SE MEMORANDUM dated 10/30/07 re: CHANGE OF ADDRESS for Mervin Robert Hadden. New Address: 000897-055, FCI-Otisville, PO Box 1000, Otisville, NY, 10963. (tro) (Entered: 11/02/2007) |
| 11/07/2007 | 5 | ENDORSED LETTER addressed to Judge P. Kevin Castel from John D. Clopper dated 11/5/07 re: Counsel for Government requests an extension of time until 11/13/07 to answer the complaint. ENDORSEMENT: Application granted. SO ORDERED., Alberto Gonzalez answer due 12/13/2007. (Signed by Judge P. Kevin Castel on 11/7/07) Copies Mailed by Chambers.(db) (Entered: 11/07/2007) |
| 11/13/2007 | 6 | PRO SE MEMORANDUM dated 11/15/07 re: CHANGE OF ADDRESS for Mervin Robert Hadden. New Address: c/o Martin Hannan, P.A. 9370 S.W. 72 Street, S+E A-266, Miami, FL, 33173. (tro) (Entered: 11/20/2007) |
| 12/12/2007 | 7 | ENDORSED LETTER addressed to Judge P. Kevin Castel from John D. Clopper dated 12/11/07 re: Request for a one (1) month extension of time for the Government defendant to answer the complaint (1/14/08). ENDORSEMENT: Application Granted. SO ORDERED. Alberto Gonzalez answer due 1/14/2008. (Signed by Judge P. Kevin Castel on 12/12/07) (db) (Entered: 12/13/2007) |
| 12/17/2007 | 8 | PRO SE MEMORANDUM dated 12/21/07 re: CHANGE OF ADDRESS for Mervin Robert Hadden. New Address: 00897-055, FMC Devens, PO Box 879, Ayer, MA, 01432. (tro) (Entered: 01/04/2008) |
| 01/14/2008 | 9 | RETURN/RESPONSE to Petition for Writ of Habeas Corpus. Document filed by Alberto Gonzalez.(djc) (Entered: 01/22/2008) |
| 01/14/2008 | 10 | MEMORANDUM OF LAW in Opposition re: 1 Petition for Writ of Habeas Corpus. Document filed by Alberto Gonzalez. (djc) (Entered: 01/22/2008) |
| 01/14/2008 | 11 | DECLARATION of Lori Cunningham. Document filed by Alberto Gonzalez. (docmt received in night dep. on 1/14/08 at 6:12 p.m.) (djc) (Entered: 01/22/2008) |
| 01/24/2008 | 12 | PRO SE MEMORANDUM dated 1/22/08 re: CHANGE OF ADDRESS for Mervin Robert Hadden. New Address: 00897-055, C/O Martin Hannan, Esq., 9370 S.W. 72 Street, Suite A-266, Suite A-266, Miami, FL, 33173. (tro) (Entered: 01/24/2008) |
| 03/05/2008 | 13 | ORDER: This is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. 2241. I have respondent's "Return" filed on January 14, 2008. Petitioner may reply provided he does so no later than March 28, 2008. (Signed by Judge P. Kevin Castel on 3/5/2008) (jpo) (Entered: 03/06/2008) |
| 03/12/2008 | 14 | MOTION for Extension of Time to Reply to the Government's Opposition to the petition for habeas relief. Document filed by Mervin Robert Hadden.(cd) (Entered: 03/14/2008) |
| 03/18/2008 | 15 | MEMO ENDORSED ON REQUEST FOR TOLLING OF TIME TO REPLY, ALSO REPLY TO THE GOVERNMENT'S OPPOSITION TO HADDEN'S PETITION FOR WRIT OF HABEAS CORPUS: Any further response by Petitioner will be considered if filed by April 11, 2008. Thereafter the matter will be deemed fully submitted. So Ordered. (Signed by Judge P. Kevin Castel on 3/17/08) (js) (Entered: 03/18/2008) |
| 04/02/2008 | 16 | PRO SE MEMORANDUM dated 3/26/08 re: CHANGE OF ADDRESS for Mervin Robert Hadden. New Address: 00897-055, Otisville FCI, PO Box 1000, Otisville, New York, 10963. (tro) (Entered: 04/02/2008) |
| 06/12/2008 | 17 | MEMORANDUM AND ORDER Petitioner Mervin Robert Hadden is presently serving a sentence of 132 months imprisonment, which was imposed by the United States District Court for the Southern District of Florida. As a person in federal custody, he petitions for a writ of habeas corpus, pursuant to 28 U.S.C. 2241, asserting that he was denied due process of law at a prison disciplinary hearing at USP New Canaan and that the denial resulted in loss of good time credits which will effectively increased the length of his imprisonment by 27 days. Specifically, he asserts that he was entitled to review the video surveillance tapes of the inmate on inmate fight with which he was charged. For the reasons set forth on this order, the petition is denied. (Signed by Judge P. Kevin Castel on 6/3/08) (mme) (Entered: 06/12/2008) |
| 06/12/2008 |  | Transmission to Judgments and Orders Clerk. Transmitted re: 17 Memorandum & Opinion,,,, to the Judgments and Orders Clerk. (mme) (Entered: 06/12/2008) |
| 06/12/2008 | 18 | CLERK'S JUDGMENT That for the reasons stated in the Court's Memorandum and Order dated June 3, 2008, the petition for a writ of habeas corpus is denied; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Memorandum and Order dated |

| | | |
|---|---|---|
| | | June 3, 2008 would not be taken in good faith. (Signed by J. Michael McMahon, clerk on 6/12/08) (Attachments: # 1 notice of right to appeal)(ml) (Entered: 06/13/2008) |
| 06/12/2008 | | Mailed notice of Right to Appeal to Pro Se Litigant(s): Mervin Robert Hadden and to Attorney(s) of Record: Michael J. Garcia. (jab) (Entered: 06/16/2008) |
| 06/12/2008 | | Mailed notice of Right to Appeal and to Attorney(s) of Record: John Dalton Clopper. (jab) (Entered: 06/16/2008) |
| 06/27/2008 | 19 | NOTICE OF APPEAL from 18 Clerk's Judgment. Document filed by Mervin Robert Hadden. Filing fee $ 5.00, receipt number E 656111. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 07/17/2008) |
| 06/27/2008 | | Appeal Remark as to 19 Notice of Appeal filed by Mervin Robert Hadden. $450.00 APPEAL FEE DUE. (tp) (Entered: 07/17/2008) |
| 07/17/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 19 Notice of Appeal. (tp) (Entered: 07/17/2008) |
| 07/17/2008 | | Transmission of Notice of Appeal to the District Judge re: 19 Notice of Appeal. (tp) (Entered: 07/17/2008) |