**MANDATE**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

Date:              7/24/08
Docket Number: 08-3638-pr
Short Title:       Hadden v. Gonzalez

DC Docket Number: 07-cv-7909
DC:     SDNY (NEW YORK CITY)
DC Judge: Honorable P. Castel

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of July, two thousand eight.

Hadden v. Gonzalez



A notice of appeal having been filed from an order denying relief in a application brought under the provisions of 28 U.S.C. Section 2255, and it appearing that the file of the proceedings does not contain either a certificate of appealability or a denial thereof, it is **ORDERED** that said appeal be, and it hereby is **DISMISSED** without prejudice to the appeal being reinstated upon notice to the Clerk within 30 days from the entry of an order by the district judge granted or denying a certificate of appealability. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

In accordance with Rule 22(b) of the Federal Rules of Appellate Procedure, and Second Circuit Rule 22a, petitioner-appellant are hereby directed to promptly move for a certificate of appealability in the district court.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By:
Atasha Joseph, Deputy Clerk

ISSUED AS MANDATE: 7/24/08

Catherine _____, Clerk
by _____
DEPUTY CLERK